USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOB GOLIGHTLY, on behalf of himself and all other individuals,

                Plaintiff,

-v-

UBER TECHNOLOGIES, INC. and CHECKR, INC.,

                Defendants.

------------------------------------------------------------------X

21-cv-3005 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As discussed at the initial pretrial conference on June 30, 2021, Plaintiff shall be permitted limited discovery in the form of document requests and interrogatories directed to Uber Technologies, Inc., in support of its argument pursuant to Section 1 of the Federal Arbitration Act, 9 U.S.C. § 1. Such document requests and interrogatories shall be served by July 1, 2021.

Defendants shall file their consolidated motion to compel arbitration and to stay all discovery by July 19, 2021. Plaintiff shall oppose the motion to stay discovery by July 30, 2021, and Defendants shall reply to the opposition to the motion to stay by August 4, 2021.

Uber shall serve objections to Plaintiff's discovery requests but need not produce substantive responses or documents until further order of the Court. Absent agreement by Uber and Plaintiff to the contrary, Uber and Plaintiff shall meet and confer on Plaintiff's discovery requests no later than July 9, 2021, during which Uber shall be prepared to discuss with Plaintiff its burden arguments, if any, and which it would intend to present on its motion to stay discovery. All other discovery is stayed.

A date for Plaintiff's opposition to the motion to compel shall be set at the time the Court rules on the motion to stay discovery.

SO ORDERED.

Dated: June 30, 2021
New York, New York

_____
LEWIS J. LIMAN
United States District Judge