UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOB GOLIGHTLY, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>UBER TECHNOLOGIES, INC., and CHECKR, INC.,<br><br>                Defendants. | Civil Action No. 1:21 cv 03005 (LJL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHECKR, INC.** |

      Defendant CHECKR, INC. ("Defendant" or "Checkr") and Plaintiff JOB GOLIGHTLY ("Plaintiff") stipulate and agree to the dismissal of all of Plaintiff's claims against Checkr and the Lawsuit as against Checkr with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own fees and costs.

Dated: July 26, 2021
       New York, New York

_____
Daniella Adler
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
212.583.9600
*Attorneys for Defendant Checkr, Inc.*

Approved, pursuant to Rules 15 and 21 and the Court's inherent powers.  The Clerk of Court is directed to terminate Defendant Checkr from the docket.

SO ORDERED.

_____
Michael N. Litrownik
Carolyn Coffey
MOBILIZATION FOR JUSTICE, INC.
100 William Street, 6th floor
New York, NY 10038
212.417.3858
*Attorneys for Plaintiff*

LEWIS J. LIMAN
United States District Judge

Date:  August 11, 2021
        New York, NY

_____
Juno Emmeline Turner
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
720.441.2236
*Attorneys for Plaintiff*


_____
David Hollis Seligman
TOWARDS JUSTICE
P.O. Box 371680
Omb 44465
Denver, CO 80237
720.248.8426
*Attorneys for Plaintiff*


_____
Andrew M. Spurchise
Miguel A. Lopez
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
212.583.9600
*Attorneys for Uber Technologies, Inc.*